# IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS
## WESTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA | PLAINTIFF |
| v.        NO. 4:13CR00068 JLH | |
| KENNETH EUGENE BROWN, JR.,<br>TREMAYNE MONYEE BROWN,<br>KENNETH EUGENE BROWN, SR.,<br>RASHEAD STATON, DERRICK ANTHONY<br>RHODES, RENALDRE JACKSON,<br>TYRONE EDDIE MCCRAY, ANDRE<br>JERMAINE ROBINSON, BRIAN EUGENE<br>ROBINSON, BOBBY JEROME KNIGHT,<br>and ISSAC BLACK | DEFENDANTS |

## **ORDER**

Without objection, the government's motion for an order to correct indictment is GRANTED. Document #133. The first sentence in Count 1 is corrected to read, in pertinent part, "From in or about May, 2012, and continuing through on or about February 4, 2013 . . . ."

IT IS SO ORDERED this 7th day of November, 2013.

_____
J. LEON HOLMES
UNITED STATES DISTRICT JUDGE